# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: ROBERT S. LAVECCHIA, Debtor
Chapter 7 Case No. 25-12421 (pb)

TSFV HOLDINGS, LLC, Plaintiff
v.
ROBERT S. LAVECCHIA, Defendant
Adversary Proceeding No. 26-01019 (pb)

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Defendant Robert S. Lavecchia, appearing pro se, respectfully moves this Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) and Rule 9(b).

## PRELIMINARY STATEMENT

Plaintiff improperly attempts to transform a failed construction project into a fraud claim.

## ARGUMENT

### I. FAILURE TO PLEAD FRAUD WITH PARTICULARITY

Plaintiff fails to identify specific misrepresentations as required by Rule 9(b).

### II. NO FRAUDULENT INTENT

No facts support intent to deceive.

### III. NO JUSTIFIABLE RELIANCE

Plaintiff fails to allege reliance.

### IV. NO FIDUCIARY RELATIONSHIP

§523(a)(4) claim fails as a matter of law.

### V. CONTRACT DISPUTE, NOT FRAUD

This is a business dispute improperly labeled as fraud.

## CONCLUSION

Defendant requests dismissal with prejudice.

Dated: April 7, 2026

Robert S. Lavecchia, Pro Se

## CERTIFICATE OF SERVICE

Served upon Fred Steven Kantrow.