**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Robert S. Lavecchia | ) | Case No. 25-12421 (PB) |
| | ) | |
| Debtor. | ) | |

------------------------------------------------------------x

| | | |
|---|---|---|
| TSFV Holdings, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | Adv. Pro. No. 26-01019 (PB) |
| | ) | |
| | ) | |
| Robert S. Lavecchia | ) | Re: ECF No. 5 |
| | ) | |
| Defendant. | ) | |

------------------------------------------------------------x

## ORDER DENYING MOTION TO DISMISS

**WHEREAS**, TSFV Holdings LLC (the "Plaintiff") filed a complaint (the "Complaint")
[ECF No. 1] against Robert S. Lavecchia (the "Defendant") on March 15, 2026, seeking a
determination by this Court that a certain debt owed to the Plaintiff should be deemed non-
dischargeable pursuant to 11 U.S.C. § 523;

**WHEREAS**, on March 30, 2026, the Defendant filed an answer (the "Answer") [ECF No.
4], followed by a motion to dismiss (the "Motion") [ECF No. 5] the Complaint on April 8, 2026,
pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure (the "Federal Rules");

**WHEREAS**, on April 11, 2026, the Plaintiff filed an opposition brief (the "Opposition")
[ECF No. 7] to the Defendant's Motion;

**WHEREAS**, the Court held a hearing (the "Hearing") to consider the Motion on May 26,
2026, at which the Defendant and counsel for the Plaintiff appeared;

**WHEREAS**, at the Hearing, the Court rendered an oral bench ruling denying the Motion;

**NOW, THEREFORE, FOR THE REASONS SET FORTH IN THE BENCH RULING, IT IS HEREBY**

**ORDERED**, that the Motion is denied; and it is further

**ORDERED,** that the Court will retain jurisdiction with respect to the interpretation and implementation of this Order.

Dated: New York, New York
       June 5, 2026

  /s/ *Philip Bentley*
Hon. Philip Bentley
United States Bankruptcy Judge